UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHADWICH GABLE,**

    **Plaintiff,**

v.                                  Case No.: 4:23-cv-489

**WALT MCNEIL, in his official capacity
as SHERIFF, LEON COUNTY, FLORIDA,
RYAN KESSLING, in his individual capacity,**

    **Defendants.**

_____/

**DEFENDANT SHERIFF MCNEIL'S NOTICE OF REMOVAL**

    Defendant, **WALT MCNEIL, in his official capacity as SHERIFF, LEON COUNTY, FLORIDA** ("Sheriff McNeil"), pursuant to 28 U.S.C. §§ 1441, 1446 and 1343, and N.D. Fla. Loc. R. 7.2, hereby files this Notice of Removal of action pending in Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court, Northern District of Florida, Tallahassee Division, and in support, states as follows:

    1.    Defendant Sheriff McNeil desires to exercise his rights under the provisions of 28 U.S.C. § 1331, *et seq.*, to remove this action from the Second Judicial Circuit in and for Leon County, Florida, where it is now pending under the name and style of: *CHADWICH GABLE v. WALT MCNEIL, in his official capacity as SHERIFF, LEON COUNTY, FLORIDA, RYAN KESSLING, in his individual*

*capacity*, Case No. 2023-CA-002059 (hereinafter referred to as "the State Court Action").

2. The Complaint, filed by Plaintiff on August 13, 2023, was served on Defendant Sheriff McNeil on October 13, 2023. Within the Complaint, Plaintiff alleges the following violations against Sheriff McNeil:

> **Count I: Common Law Negligence**
> **Count III: Battery**
> **Count IV: Fourth and Fourteenth Amendment Violation- Excessive Force**

Plaintiff alleges the following violations against Defendant Ryan Kessling:

> **Count II: Battery**
> **Count V: Fourth and Fourteenth Amendment Violation- Excessive Force**
> **Count VI: Deliberate Indifference to Serious Medical Needs**

3. This Court has federal question jurisdiction over Plaintiff's 42 U.S.C. § 1983 claims and supplemental jurisdiction over the remaining claims alleging violations of Florida tort law.

4. Pursuant to 28 U.S.C. § 1446(a) and N.D. Fla. Loc. R. 7.2, a copy of the Complaint as well as all other process, pleadings, and orders on file in the State Court Action to date are attached to this Notice of Removal as **"Exhibit 1."** To the undersigned's knowledge, no other papers or pleadings have been filed in the State Court action other than those attached hereto.

5. The Summons and Complaint were served upon Defendant Sheriff McNeil on October 13, 2023. In accordance with the requirements of 28 U.S.C. § 1446(b)(2)(B), this Notice of Removal is filed within 30 days after Defendant's receipt of the pleading through that service.

6. Venue in this District and Division is proper for purposes of removal under 28 U.S.C. § 1441(a), because this District and Division embrace the place in which the removed action was filed and is pending – Leon County, Florida.

7. Pursuant to 28 U.S.C. § 1446(d), written notice of filing this Notice of Removal will be served upon Plaintiff's counsel and a true copy of this Notice of Removal will also be filed with the Clerk of the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, as required by law.

**Removal Based on Federal Question Jurisdiction**

8. Unless specifically prohibited by an act of Congress, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). This Court possesses original jurisdiction over this civil action because it involves a federal question under 28 U.S.C. §1331. More specifically, Plaintiff's Complaint alleges violations of the Fourth and Fourteenth Amendment under 42 U.S.C. § 1983.

9. The Court has supplemental jurisdiction over the remaining state law claims as the claims have a common nucleus of operative fact.

10. Moreover, while Defendant Ryan Kessling has not yet been served, there are two claims brought pursuant to 42 U.S.C. § 1983 against him and we anticipate his consent to removal of the action.

11. Because the requirements for removal are satisfied, this Court should accept jurisdiction.

**WHEREFORE, WALT MCNEIL, in his official capacity as SHERIFF, LEON COUNTY, FLORIDA**, respectfully requests that this action be removed to this Court and that this Court accept jurisdiction of this action, and henceforth that this action be placed on the docket of this Court for further proceedings, the same as though this action had been originally instituted in this Court.

Dated this 8th day of November, 2023.

Respectfully submitted,

*/s/ Christen A. Petruzzelli*
**MICHAEL P. SPELLMAN**
Florida Bar No. 937975
mspellman@sniffenlaw.com
**MATTHEW J. CARSON**
Florida Bar Number: 0827711
mcarson@sniffenlaw.com
**CHRISTEN ANN PETRUZZELLI**
Florida Bar Number: 1039528
cpetruzzelli@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone (850) 205-1996
Facsimile: (850) 205-3004

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 8th day of November, 2023, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Northern District of Florida, Tallahassee Division using the CM/ECF system and was sent via electronic mail to Marie A. Mattox (marie@mattoxlaw.com; michelle@mattoxlaw.com; marlene@mattoxlaw.com), Attorney for Plaintiff, at Marie A. Mattox, P.A., 203 N. Gadsden Street, Tallahassee, Florida 32301.

*/s/ Christen A. Petruzzelli*
**CHRISTEN A. PETRUZZELLI**

5